UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
GARFIELD ANTHONY WILLIAMS,                  :
                              Plaintiff,    :
                                         :
                -against-                      :      20 Civ. 5995 (LGS)
                                         :
                                         :      ORDER
CITY OF NEW YORK, et al.,                         :
                              Defendants.  :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, on January 22, 2021, the Court issued an Order directing the parties to file a letter apprising the Court as to the status and/or results of mediation.  Dkt. No. 22.

      WHEREAS, no such letter was filed.  It is hereby

      ORDERED that, by March 15, 2021, the parties shall file a letter apprising the Court as to the status and/or results of mediation.

Dated: March 10, 2021
       New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**