UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
GARFIELD ANTHONY WILLIAMS,                                    :
                                      Plaintiff,              :
                                                              :       20 Civ. 5995 (LGS)
                      -against-                               :
                                                              :             ORDER
CITY OF NEW YORK, et al.,                                     :
                                      Defendants.             :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the initial pretrial conference in this matter is scheduled for April 22, 2021. Dkt. No. 25.

WHEREAS, on April 15, 2021, the parties filed a joint letter and proposed case management plan, and the joint letter states that Plaintiff intends to amend the complaint "to add the original officer who reported to the scene and that qualified immunity does not apply to intentional fabrication of evidence." Dkt. No. 27. It is hereby

**ORDERED** that, by **April 30, 2021**, Plaintiff shall file any amended complaint. It is further

**ORDERED** that the **April 22, 2021**, initial pretrial conference is **CANCELLED**. If the parties believe that a conference would nevertheless be useful, they should inform the Court immediately so the conference can be reinstated. The case management plan will issue separately.

Dated: April 16, 2021
       New York, New York

_____
       **LORNA G. SCHOFIELD**
       **UNITED STATES DISTRICT JUDGE**