UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
GARFIELD ANTHONY WILLIAMS,
                    Plaintiff,

        -against-

CITY OF NEW YORK, et al.
                    Defendants.
------------------------------------------------------------X

20 Civ. 5995 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, pursuant to the Civil Case Management Plan and Scheduling Order a joint status letter was due on June 21, 2021. Dkt. No. 28.

WHEREAS, no such joint status letter was filed. It is hereby

**ORDERED** that by **June 25, 2021**, the parties shall file a joint status letter, as outlined in Individual Rule IV.A.2.

Dated: June 23, 2021
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**