UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
GARFIELD ANTHONY WILLIAMS,                  :
                           Plaintiff,     :
                                      :    20 Civ. 5995 (LGS)
        -against-                                  :
                                      :            ORDER
CITY OF NEW YORK, et al.                       :
                          Defendants.   :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, pursuant to the Amended Civil Case Management Plan and Scheduling Order a joint status letter was due on August 9, 2021. Dkt. No. 43.

      WHEREAS, no such joint status letter was filed. It is hereby

      **ORDERED** that by **August 11, 2021**, the parties shall file a joint status letter, as outlined in Individual Rule IV.A.2.

Dated: August 10, 2021
       New York, New York

                                                          LORNA G. SCHOFIELD
                                           UNITED STATES DISTRICT JUDGE