UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
    GARFIELD ANTHOY,
                                Plaintiff,

                      -against-                  20 Civ. 5995 (LGS)

                                            ORDER
    PINNACLE GROUP N.Y. LLC, et al.,
                              Defendants.
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge et al.:

      WHEREAS, a status conference in this matter was scheduled for September 9, 2021.

      WHEREAS, no significant issues were raised in the parties' joint letter. (*See* Dkt. No. 54.)

It is hereby

      **ORDERED** that, the September 9, 2021, status conference is **CANCELED.** If the parties believe that a conference would nevertheless be useful, they should inform the Court immediately so the conference can be reinstated.

Dated:  September 7, 2021
          New York, New York

                                                LORNA G. SCHOFIELD
                                             UNITED STATES DISTRICT JUDGE