UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
GARFIELD ANTHONY WILLIAMS,  :
                        Plaintiff,  :
                                              :         20 Civ. 5995 (LGS)
        -against-                         :
                                              :         <u>ORDER</u>
CITY OF NEW YORK, et al.  :
                       Defendants.  :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, pursuant to the Second Amended Civil Case Management Plan and Scheduling Order a joint status letter is due on October 15, 2021, and every fifteen days thereafter.  (Dkt. No. 58.)

       WHEREAS, no such joint status letter was filed.  It is hereby

       **ORDERED** that by **October 20, 2021**, the parties shall file a joint status letter, as outlined in Individual Rule IV.A.2.

Dated: October 18, 2021
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE