Exhibit H is being produced to the Court under separate cover and was previously produced to plaintiff under Bates No. DEF_00044.