PLAINTIFF WILL PROVIDE EXHIBIT H SEPERATELY TO THE COURT