**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
GARFIELD ANTHONY WILLIAMS,

                    Plaintiff,

-against-                                     20 **CIVIL** 5995 (LGS)

                                                      **JUDGMENT**

CITY OF NEW YORK, et al.,

                    Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 1, 2023, Defendants' motion for summary judgment is GRANTED and Plaintiff's motion for sanctions is DENIED; accordingly, the case is closed.

**Dated:**  New York, New York

        March 1, 2023

                                                          **RUBY J. KRAJICK**

                                                          _____
                                                             **Clerk of Court**

                                      **BY:**     *K. Mango*
                                                          _____
                                                              **Deputy Clerk**