**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**GARFIELD ANTHONY WILLIAMS,**

                              Plaintiff,

          vs.

**CITY OF NEW YORK, et al.**

                              Defendants.

**20-CV-5995**

### NOTICE OF PLAINTIFF'S
### MOTION FOR RECONSIDERATION OR REARGUMENT

**PLEASE TAKE NOTICE** that, pursuant to Local Rule 6.3 and Fed. R. Civ. P. 59(e), upon the

accompanying Memorandum of Law, and all prior papers and proceedings had herein,

Plaintiff Garfield Williams will move this Court before the Honorable Lorna G. Schofield, on

a date to be determined by the Court, to reconsider the granting of summary judgment for

defendants, reconsider the denial of sanctions, reconsider denial of granting an adverse

inference; and for an order vacating the judgment terminating the proceedings, and for any

other relief this court deems just and proper.

**PLEASE TAKE FURTHER NOTICE**, Plaintiff respectfully requests the opportunity to reply to

Defendant's response, if a response is ordered by this Court.

1

Dated:  March 14, 2023
    New York, NY

        By:/s/ Masai I. Lord
        Masai I. Lord
        14 Wall St, Ste 1603
        New York, New York 10005
        Phone: 718-701-1002
        *Attorney for Plaintiff*

  Cc: Assistant Corporation Counsel
     Via ECF