UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
GARFIELD ANTHONY WILLIAMS,                  :
                              Plaintiff,   :
                                            :   20 Civ. 5995 (LGS)
         -against-                      :
                                            :   <u>ORDER</u>
CITY OF NEW YORK, et al.                    :
                            Defendants.    :
------------------------------------------------------------- X
LORNA G. SCHOFIELD, District Judge:

      WHEREAS, an Order dated December 13, 2023, scheduled the trial in this action for May 14, 2024.  The Order also directed that the parties file motions in limine by March 14, 2024; responses to the motions by March 26, 2024; joint requests to charge, voir dire, verdict form and any memorandum of law by April 9, 2024; and the final pretrial order by April 16, 2024.

      WHEREAS, on March 19, 2024, Defendants requested an extension of the deadline to file motions in limine *nunc pro tunc* from March 14, 2024, to March 28, 2024, and an extension of the deadline to reply to Defendants' motions from March 26, 2024, to April 9, 2024, due to an error in calendaring the deadlines.  Defendants also requested an extension of the deadline for joint requests to charge, voir dire, verdict form and any memorandum of law from April 9, 2024, to May 3, 2024, and an extension of the deadline to file the final joint pre-trial order from April 16, 2024, to May 7, 2024, due to a conflict with another trial.

      WHEREAS, on March 19, 2024, Plaintiff requested an extension of the deadline for joint requests to charge, voir dire, verdict form and any memorandum of law from April 9, 2024, to June 3, 2024, and an extension of the deadline to file the final joint pre-trial order from April 16, 2024, to June 7, 2024, because Plaintiff's counsel expects a child in April.  Plaintiff's letter does not address the trial date in this action.  It is hereby

**ORDERED** that the parties shall meet and confer and file a joint letter by **March 27, 2024,** that jointly proposes a schedule for Defendants' motions in limine; the responses to Plaintiff's and Defendants' motions in limine; joint requests to charge, voir dire, verdict form and any memorandum of law; and the final joint pre-trial order, given the May 14, 2024, trial date and allowing the Court at least one week to review the materials before the (as yet unscheduled) final pretrial conference.  This case is currently in first place for that trial date.

The Clerk of Court is respectfully directed to close the motions at Dkt. Nos. 118 and 119.

Dated: March 20, 2024
       New York, New York

                                        _____
                                        **LORNA G. SCHOFIELD**
                                        **UNITED STATES DISTRICT JUDGE**