

| SYLVIA O. HINDS-RADIX<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>LAW DEPARTMENT<br>100 CHURCH STREET<br>NEW YORK , NEW YORK 10007 | Peter Scutero<br>*Senior Counsel*<br>pscutero @law.nyc.gov<br>Phone:  (212) 356-2410<br>Fax:   (212) 356-1148 |
|---|---|---|

April 23, 2024

**By ECF**
Honorable Lorna Schofield
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

> Application **GRANTED** nunc pro tunc.  The parties shall file exhibit and witness lists, joint requests to charge, voir dire and a verdict form by **April 30, 2024.**  The parties shall file a joint status letter by **April 26, 2024,** regarding the status of settlement negotiations.
>
> Dated: April 24, 2024
>        New York, New York
>
>                          *[signature]*
>                          LORNA G. SCHOFIELD
>                          UNITED STATES DISTRICT JUDGE

Re: *Garfield Anthony Williams v. City of New York et al.,* 20 Civ. 05995 (LGS)

Your Honor:

      I am a Senior Counsel in the Office of Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, representing defendants in the above-referenced matter.  Defendants write to respectfully request the Court extend the parties' time, from April 23, 2024 to April 30, 2024, to submit exhibit and witness lists, joint requests to charge, voir dire and verdict forms.  As an initial matter, I apologize to the Court for the timing of this request.  In that regard, the parties had been hopeful we would be able to comply with the current deadlines, but for reasons set forth below, we have been unable to do so.  The Court previously permitted the parties to extend these deadlines after defendants requested an extension to submit motions *in limine* until today.  Plaintiff has consented to this request.  No other deadlines will be affected by the relief requested herein.  Moreover, defendants will be filing their motions *in limine* today as scheduled under separate cover.

      Defendants require an extension of time in order to finalize these documents before submitting them to the Court.  Due to the full slate of other matters counsel has been working on, along with events related to this case, the aforementioned pre-trial documents have not yet been finalized.  As the Court may be aware, the parties prepared for and appeared in Court today for a Settlement Conference in this case.  The conference took up a large portion of the day, and the defendants have been in the process of finalizing their motions *in limine* to be submitted in accordance with today's deadline.  Defendants have also been preparing in earnest for the deposition in this case of a non-party witness, Celia Burgos, that is scheduled for tomorrow, April 24, 2024.

      For these reasons, along with the lack of prejudice, defendants respectfully request the Court extend the parties' time, from April 23, 2024 to April 30, 2024, to submit exhibit and witness lists, joint requests to charge, voir dire and verdict forms, and any memorandum.

      Thank you for your time and attention to this matter.

      Respectfully submitted,

*Peter Scutero /s*

*Senior Counsel*
Special Federal Litigation Division

cc:    ALL COUNSEL (via ECF)