UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
GARFIELD ANTHONY WILLIAMS,               :
                      Plaintiff,      :
                                    :
          -against-           :         20 Civ. 5995 (LGS)
                                    :
                                    :             <u>ORDER</u>
CITY OF NEW YORK, et al.,                :
                      Defendants.   :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, an Order dated May 1, 2024, dismissed this action without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action was made within thirty days of the Order.

      WHEREAS, on May 13, 2024, the parties filed a proposed stipulation and order, which included a statement that the Court would continue to retain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement. However, the parties did not attach the settlement agreement to the proposed stipulation and order.

      WHEREAS, an Order dated May 15, 2024, directed the parties to refile the stipulation with the settlement agreement appended if the parties intended for the Court to retain jurisdiction over the settlement agreement, or to refile the stipulation with the provision retaining jurisdiction removed if the parties did not intend for the Court to retain jurisdiction.

      WHEREAS, the parties have not refiled a proposed stipulation and order. It is hereby

      **ORDERED** that the parties shall refile the stipulation in accordance with the May 15, 2024, Order by **June 14, 2024.**

Dated: June 10, 2024
       New York, New York

                                                  LORNA G. SCHOFIELD
                                             UNITED STATES DISTRICT JUDGE